IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO IVAN GUTIERREZ,

    Plaintiff,

v.

OPTION ONE MORTGAGE,

    Defendant.

No. C 08-00247 JSW

**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT**

On January 14, 2008, Plaintiff Sergio Ivan Gutierrez filed a complaint and an application to proceed *in forma pauperis*. Courts must deny *in forma pauperis* applications under certain circumstances, including when the allegation of poverty is untrue or the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2).

First, the Court finds that Plaintiff's claim of poverty is untrue. Plaintiff maintains a job with a large enough salary and owns two cars and a valuable home. The claim of poverty is unconvincing. On this basis alone, the application to proceed *in forma pauperis* is DENIED.

In addition, in contravention of Federal Rule of Civil Procedure 8(a), Plaintiff failed to file a pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, . . . and a demand for judgment for the relief the pleader seeks." Plaintiff's complaint is disjointed to the point of being incoherent and unintelligible. It is impossible to discern from his complaint: (1) the underlying factual basis for his suit; (2) the legal theories under which he seeks relief; or (3)

what relief he is requesting.  The Court cannot discern the basis of the complaint or the claim for jurisdiction.  There is some allusion to admiralty law which falls under federal jurisdiction, but the allegations maintain that Plaintiff's body is a vessel and therefore that admiralty law applies.  This is unsupported by law.

For these reasons, Plaintiff's application to proceed *in forma pauperis* is HEREBY DENIED WITHOUT PREJUDICE and the Complaint is DISMISSED WITH LEAVE TO AMEND.  If Plaintiff wishes to pursue this action, he must file an amended complaint setting forth a cognizable legal claim by **February 8, 2008**.  Plaintiff may not file another application to proceed *in forma pauperis* as the Court finds his claim of poverty to be untrue.  Failure to file a cognizable legal claim by this date shall result in **dismissal** of this action.  The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office.

In light of this Order, the date for the Case Management Conference, previously set for April 28, 2008 at 1:30 p.m., is VACATED and will be reset by the Court at a later date if necessary.

**IT IS SO ORDERED.**

Dated:  January 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SERGIO IVAN GUTIERREZ,

    Plaintiff,

v.

OPTION ONE MORTGAGE et al,

    Defendant.

Case Number: CV08-00247 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Ivan Gutierrez
c/o 342 Athens Street
San Francisco, CA 94111

Dated: January 16, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk